# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FRANK CUSHENBERRY AND ROBIN
CUSHENBERRY, INDIVIDUALLY AND ON
BEHALF OF THE MINOR CHILDREN, NOAH
CUSHENBERRY AND KHLOE CUSHENBERRY

NO.   2020 CW 1271

VERSUS

JOHNNY SCOTT AND BARBER BROTHERS
CONTRACTING COMPANY, LLC LOUISIANA

CONSOLIDATED WITH

BARBER BROTHERS CONTRACTING
COMPANY, LLC

VERSUS

CAPITOL CITY PRODUCE COMPANY, LLC,
FRANK CUSHENBERRY AND XYZ
INSURANCE COMPANY

**JANUARY 04, 2021**

---

In Re:   Barber Brothers Contracting Company, LLC, applying for
rehearing, 19th Judicial District Court, Parish of East
Baton Rouge, No. 674957 c/w 672217.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**  See Rule 2-18.7, Uniform
Rules, Louisiana Courts of Appeal.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT